No. 03–10104. ROBINSON v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10110. LIBECKI v. KLAUSER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10119. FEARS v. LUEBBERS, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–10120. GOOLSBY v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–10124. GARRISON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–10130. HINTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–10162. NORDLUND v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–10182. RICE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–10199. CASHION, AS EXECUTRIX OF THE ESTATE OF SMITH v. TORBERT. Sup. Ct. Ala. Certiorari denied.

No. 03–10225. CESARIO v. BERGQUIST. Sup. Ct. R. I. Certiorari denied.

No. 03–10232. BENNETT v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–10300. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10327. INGRAM v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10331. BRODIT v. GOUGHNOUR, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.